In the Matter of the Accounting of PERCY J. SMITH et al., as Executors of WILLIAM E. ABELE, Deceased, Appellants and Respondents. COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent and Appellant; LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Substituted Trustee under the Will of WILLIAM E. ABELE, Deceased, Appellant and Respondent; WILLIAM C. McCREERY, as Special Guardian for ESTHER ABELE and Others, Infants, Respondent.

Argued April 16, 1952; decided June 5, 1952.

*John McElraevy, Jr.,* in person, *William C. McCreery,* special guardian in person, and *Donald F. Ayers* for executors, appellants and respondents.

*Pallister Hamilton Feely* and *Walter Jeffreys Carlin* for Lafayette National Bank of Brooklyn in New York, substituted trustee, appellant and respondent.

*Denis M. Hurley, Corporation Counsel* (*Seymour B. Quel* and *Alfred Weinstein* of counsel), for respondent and appellant.

Order of Appellate Division reversed and decree of Surrogate's Court affirmed, with costs in this court and in the Appellate Division to all parties appearing separately and filing separate briefs payable out of the estate, on the ground that the findings of the Surrogate's Court are in accord with the weight of the evidence. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.